No. 89–1370.  GACETA ET AL. *v.* COUNTY OF SANTA CLARA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–1374.  EASON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 89–1389.  DeMARTINO *v.* NEW YORK CITY TRANSIT AUTHORITY ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 89–1390.  LOUISIANA INSURANCE GUARANTY ASSN. *v.* ABBOTT.  C. A. 5th Cir.  Certiorari denied.

No. 89–1393.  FUGATE *v.* BORG TEXTILE CORP.  C. A. 4th Cir.  Certiorari denied.

No. 89–1400.  CITY OF LONGMONT, COLORADO *v.* OAKLEY.  C. A. 10th Cir.  Certiorari denied.

No. 89–1403.  VALE *v.* COOKE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–1410.  ZANNINO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 89–1417.  ZELTZER *v.* SAMUELS, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1422.  ROST *v.* FRANK, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 89–1423.  COOK *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–1429.  GUERRERO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–1468.  JEFFERS *v.* VETERANS ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.